**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-760 (ECW) |
| | ) | Date: October 7, 2026 |
| Sheikhdoon Abdullahi Mohamud, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 3C |
| Defendant. | ) | Time Commenced: 2:04 p.m. |
| | ) | Time Concluded: 2:12 p.m. |
| | ) | Time in Court: 8 Minutes |

APPEARANCES:

Plaintiff: Nicholas Grey, Assistant U.S. Attorney
Defendant: Siri Carlson McDowell, Assistant Federal Defender
X FPD X To be appointed

Date Charges Filed: October 7, 2026

Offense: Knowingly received a firearm and ammunition, and knowing or having reasonable cause to believe that such firearm and ammunition will be used to commit a felony and a federal crime of terrorism

X Advised of Rights

on X Complaint

X Government moves for a detention hearing. X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Monday October 19, 2026, at 10:00 a.m. before U.S. Magistrate Judge Dulce J. Foster in courtroom 8E (MPLS) for:
X Detention hrg X Preliminary hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

s/gep
Signature of Courtroom Deputy