# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SHEIKHDOON ABDULLAHI MOHAMUD,<br><br>Defendant. | ) | Case No. 26MJ760 (ECW)<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL** |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Manny K. Atwal and Siri McDowell shall appear as appointed *co-counsel* of record for the above named defendant in this case.

Dated: October 09, 2026

*s/Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No. 282029
SIRI McDOWELL
Attorney ID No. 401693
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415