BB
AO 442 (Rev. 11/11) Arrest Warrant

2026R00312

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

**RECEIVED**
***By Justin Schmidt at 11:53 am, Oct 07, 2026***

UNITED STATES OF AMERICA )
v. ) Case No. 26-mj-760 (ECW)
SHEIKHDOON ABDULLAHI MOHAMUD )

RECEIVED
OCT 29 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *(name of person to be arrested)* SHEIKHDOON ABDULLAHI MOHAMUD,

who is accused of an offense or violation based on the following document filed with the Court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information X Complaint
___ Probation Violation Petition ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

charging him with (Count 1) Knowingly Receiving a Firearm and Ammunition Knowing or Having Reasonable Cause to Believe that such Firearm and Ammunition will be used in a Felony and Federal Crime of Terrorism, all in violation of Title 18, United States Code, Section 924(h).

Date: October 7, 2026

*Issuing officer's signature*

City and State: Saint Paul, Minnesota

Elizabeth Cowan Wright, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* ____, and the person was arrested on *(date)* ____ at *(city and state)* ____. |

ARRESTED ON 10/7/2026
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____

SCANNED
OCT 30 2026
U.S. DISTRICT COURT MPLS

Date: ____

*Arresting officer's signature*

*Printed name and title*